EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> María del Mar Martín Hidalgo | 2024 TSPR 25 <br><br> 213 DPR ___ |

Número del Caso:  TS-17,951


Fecha:  1 de marzo de 2024


Representante legal de María del Mar Martín Hidalgo:

    Por derecho propio


Oficina del Procurador General:

    Lcda. Mabel Sotomayor Hernández
    Subprocuradora General

    Lcda. Yaizamarie Lugo Fontánez
    Procuradora General Auxiliar

    Lcda. Juliana Castro Ramos
    Procuradora General Auxiliar


Comisionada Especial:

    Hon. Crisanta González Seda



Materia:  Conducta Profesional – Suspensión provisional del ejercicio de la abogacía y la notaría como medida de protección social.



Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

María del Mar Martín Hidalgo

TS-17,951

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de marzo de 2024.

El pasado 22 de febrero de 2024 emitimos una *Resolución* mediante la cual le ordenamos a la Lcda. María del Mar Martín Hidalgo a que, en un término final e improrrogable de cinco (5) días, mostrara causa por la cual no debía ser suspendida de forma provisional del ejercicio de la abogacía y la notaría. Esto, como consecuencia de los serios señalamientos realizados por la Lcda. Sonnya Isabel Ramos Zeno, Jefa de la Oficina de las Secretarías del Poder Judicial, el 20 de febrero de 2024 en su *Moción informativa urgente*. La licenciada Martín Hidalgo incumplió con lo ordenado.

Dado su incumplimiento, y como medida de protección social, se suspende provisionalmente a la licenciada Martín Hidalgo del ejercicio de la abogacía y la notaría, hasta tanto finalice el procedimiento bajo la Regla 15 del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-B, a la que fue referida, y emitamos cualquier otra determinación.

Se le impone a la señora Martín Hidalgo el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolver los expedientes de los casos pendientes, así como cualesquiera honorarios recibidos por trabajos no realizados e informar inmediatamente de su suspensión a los foros judiciales y administrativos en donde tenga algún asunto pendiente.

Además, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, incluyendo una lista de los clientes y los foros a quienes le notificó de su suspensión, dentro del

término de treinta (30) días, contado a partir de la notificación de esta *Resolución*.

La fianza notarial de la señora Martín Hidalgo queda automáticamente cancelada. La misma se considerará buena y válida por tres (3) años después de su terminación en cuanto a los actos realizados por ésta durante el periodo en que la misma estuvo vigente.

Notifíquese por correo electrónico y personalmente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo